AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| Overseas Private Investment Corporation ) <br> *Plaintiff* ) <br> v. ) <br> Peter Eugene Gerwe ) <br> *Defendant* ) | Case No.   1:12-cv-05833-RA |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Peter Eugene Gerwe

Date:   09/12/2012

s/n
*Attorney's signature*

Michael A Lacher
*Printed name and bar number*

Anderson Kill & Olick, P. C.
1251 Avenue of the Americas, 42nd Fl
New York, NY 10020

*Address*

mlacher@andersonkill.com
*E-mail address*

(212) 278-1198
*Telephone number*

(212) 278-1733
*FAX number*