# MEMO ENDORSED

**LINDA T. TAVERNI**

Attorney at Law

826 Atateka Drive
Chestertown, New York 12817
Telephone (518) 494-4558
Facsimile (518) 494-4558
Cell (518) 469-8877
tavernis@hotmail.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 1 2012

September 12, 2012

Hon. Ronnie Abrams
U.S District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007-1312

Re: OPIC v /Gerwe
12 CV 5833(RA)

Dear Judge Abrams:

I am the attorney for the OPIC, Plaintiff in the above referenced action assigned to your docket. I have received your order dated September 11, 2012 directing the parties to file a joint status letter and proposed scheduling order by October 15 and appear for an initial status conference on October 22. I am requesting a short extension of time for these requirements. I cannot appear on October 22 as I will be out of the country the last two weeks of October.

Furthermore, on August 29, I was contacted by Adam Rader of the firm of Anderson, Kill & Olick who indicated that they would be appearing for the defendant and requested additional time in which to file an answer to the complaint. On August 29, you approved an extension of time to answer to October 4. Since they have not yet served an answer, I am requesting the above deadlines be extended to allow time for receipt and adequate review of the answer, as well as negotiations on the case management plan, in order to provide accurate information to the court.

I am requesting the date for the submission of the status letter, case management plan and scheduling order be extended to November 9, with an initial conference scheduled thereafter at the convenience of the court. I am also requesting permission to appear at the conference by telephone if possible, due to my distance from the court and my belief that counsel will be able to submit a mutually agreeable plan.

No previous request for any extension has been made. I have communicated with

Mr. Rader and he consented to this request.

Thank you for your consideration.

Very truly yours,

/s/Linda T. Taverni
Linda T. Taverni

cc: Adam Rader
    Anderson, Kill & Olick
    (by email)

9/21/12

Application granted. The initial pretrial conference is rescheduled for November 15, 2012 at 10:00 a.m. The parties may participate in the conference telephonically. The parties shall submit a joint letter and case management plan by November 9, 2012.

SO ORDERED.

[signature]

USDJ