**MEMO ENDORSED**

**LINDA T. TAVERNI**
Attorney at Law

826 Atateka Drive
Chestertown, New York 12817
Telephone (518) 494-4558
Facsimile (518) 494-4558
Cell (518) 469-8877
tavernis@hotmail.com

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 08 2012

November 6, 2012

Hon. Ronnie Abrams
U.S District Court
Southern District of New York
500 Pearl Street, Room 640
New York, NY 10007-1312

Re: OPIC v /Gerwe
12 CV 5833(RA)

Dear Judge Abrams:

I am the attorney for OPIC, Plaintiff in the above referenced action assigned to your docket. Your memo endorsed order dated September 21, 2012 directed the parties to file a joint status letter and proposed scheduling order by November 9, and to appear by phone for an initial status conference on November 15.

I have been contacted by Adam Rader of the firm of Anderson, Kill & Olick, attorneys for the defendant, who indicated his office was severely affected due to the storm so we have been unable to confer on the requested documents as of this date. Also, I was recently advised that an out of town hearing that was canceled last week due to the storm has been rescheduled to the 15th.

I am therefore requesting a further extension of the date for the submission of the status letter, case management plan and scheduling order to November 21, with an initial telephone conference scheduled thereafter at the convenience of the court.

I have communicated with Mr. Rader and he consented to this request.

Thank you for your consideration.

Very truly yours,

/s/Linda T. Taverni
Linda T. Taverni

cc: Adam Rader
Anderson, Kill & Olick
(by email)

11/8/12

Application granted. The initial telephone conference is hereby rescheduled for November 29, 2012 at 10:00 a.m. The parties shall submit the status letter, case management plan and scheduling order to the Court by November 22, 2012.

SO ORDERED.

RA
USDJ