```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2012
```

| | |
|---|---|
| OVERSEAS PRIVATE INVESTMENT CORPORATION,<br><br>                                    Plaintiff<br><br>              v.<br><br>PETER EUGENE GERWE,<br><br>                                    Defendant | No. 12 Civ 5833(RA)<br><br>**CASE MANAGEMENT PLAN AND SCHEDULING ORDER** |

RONNIE ABRAMS, United States District Judge:

Pursuant to Rules 16-26(f) of the Federal Rules of Civil Procedure, the Court hereby adopts the following Case Management Plan and Scheduling Order:

1.  All parties do not consent to disposition of this case by a United States Magistrate Judge. 28 U.S.C. § 636(c). The parties are free to withhold consent without adverse substantive consequences. [*Please circle one. If all consent, the remainder of the Order need not be completed at this time.*]

2.  This case ~~(is)~~ (is not) to be tried to a jury. [*Please circle one.*]
    **Defendant waived the right to jury trial by written agreement.**

3.  No additional parties may be joined after December 1, 2012 without leave of the Court.

4.  No additional causes of action or defenses may be asserted after December 13, 2012 without leave of the Court.

5.  Initial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be completed no later than December 1, 2012. [*Absent exceptional circumstances, within fourteen (14) days of the date of the parties' conference pursuant to Rule 26(f).*]

6.  All fact discovery is to be completed no later than ~~September 30, 2013~~ **May 29, 2013**. [*A period not to exceed 120 days unless the case presents unique complexities or other exceptional circumstances.*] **Defendant requests extension of the 120 day period due to complexities and exceptional circumstances relating to the need to conduct discovery and depositions in Russia.**

7.  The parties are to conduct discovery in accordance with the Federal Rules of Civil Procedure and the Local Rules of the Southern District of New York. The

following interim deadlines may be extended by the parties on consent without application to the Court, provided that the parties meet the deadline for completing fact discovery set forthin ¶ 4 above.

   a.   Initial requests for production of documents shall be served by December 15, 2012.

   b.   Interrogatories shall be served by December 15, 2012.

   c.   Depositions shall be completed by ~~September 15, 2013~~ May 15, 2013.

   d.   Requests to Admit shall be served no later than ~~September 15, 2013~~ May 15, 2013.

8. All expert disclosures, including reports, production of underlying documents, and depositions shall be completed by N/A. [*The parties shall be prepared to describe their contemplated expert discovery and the bases for their proposed deadlines at the initial conference.*]

9. All discovery shall be completed no later than ~~September 30, 2013~~ May 29, 2013.

10. The Court will conduct a post-discovery conference on May 31, 2013 at 11:00 a.m. [To be completed by the Court.] No later than one week in advance of the conference, the parties are to submit a joint letter updating the Court on the status of the case, including but not limited to whether either party intends to file a dispositive motion and what efforts the parties have made to settle the action.

11. Unless otherwise ordered by the Court, the joint pretrial order and additional submissions required by Rule 5 of the Court's Individual Rules and Practices shall be due thirty (30) days from the close of discovery, or if any dispositive motion is filed, thirty (30) days from the Court's decision on such motion. This case shall be trial ready sixty (60) days from the close of discovery or the Court's decision on any dispositive motion.

12. Counsel for the parties propose the following alternative dispute resolution mechanism for this case:

   a.   _____Referral to a Magistrate Judge for settlement discussions.

   b.   XX  Referral to the Southern District's Mediation Program. [*Note that all employment discrimination cases, except cases brought under the Fair Labor Standards Act of 1938, 29 U.S.C. § 201 et seq., are designated for automatic referral to the Court's Alternative Dispute Resolution program of mediation. Accordingly, counsel in such cases should select 11(b).*]

   c.   _____ Retention of a private mediator.

The use of any alternative dispute resolution mechanism does not stay or modify any date in this Order.

13. The parties have conferred and their present best estimate of the length of trial is <u>2-5 Days</u>.

SO ORDERED.

Dated: _December 3_, 2012
New York, New York

_____
Ronnie Abrams
United States District Judge