UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:  DEC 03 2012
```

-----------------------------------------------------X
                          :

OVERSEAS PRIVATE INVESTMENT   :
CORPORATION,
                          :

               Plaintiff,   :          No. 12 Civ. 5833 (RA)
                          :

       -v-               :        MEDIATION REFERRAL ORDER
                          :

PETER GERWE,
                          :

               Defendant.  :
                          :
-----------------------------------------------------X

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that this case is referred for mediation to the Court-annexed

Mediation Program. The parties are hereby notified that Local Rule 83.9 shall govern the

mediation and are directed to participate in the mediation in good faith. The mediation will have

no effect upon any scheduling Order issued by this Court without leave of this Court.

SO ORDERED.

Dated:      December 3, 2012
           New York, New York

                                Ronnie Abrams
                                United States District Judge