LINDA T. TAVERNI
826 Atateka Drive
Chestertown, New York 12817
Telephone:  (518) 494-4558
Fax:          (518) 494-4558
Email: tavernis@hotmail.com

## UNITEd STATEs DISTRICT COURT
## For the
## SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **OVERSEAS PRIVATE INVESTMENT CORPORATION** | | |
| *Plaintiff,* | | ECF CASE |
| vs | | Civil Action No.12CV5833 |
| **PETER EUGENE GERWE,** | | Judge Abrams |
| *Defendant.* | | NOTICE OF MOTION |

  PLEASE TAKE NOTICE that upon the Declaration of Steven Smith, sworn to January , 2013, the complaint and the exhibits annexed thereto, Plaintiff's Statement Pursuant to Local Rule 56.1, the memorandum of law, and upon all the pleadings heretofore filed in this action, plaintiff, Overseas Private Investment Corporation ("OPIC"), by its attorney, Linda T. Taverni, will move this Court before the Honorable Ronnie Abrams, for an order granting summary judgment as demanded in the complaint pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, and for such other relief as the Court deems just.

  Dated:  Chestertown, New York
     February 12, 2013

                        /s/Linda T. Taverni_____
                      Linda T. Taverni
                      Attorney for Plaintiff
                      826 Atateka Drive
                      Chestertown, New York 12817
                      Telephone:  (518) 494-4558
                      Fax:          (518) 494-4558
                      Email: tavernis@hotmail.com

Case 1:12-cv-05833-RA   Document 15   Filed 04/22/13   Page 2 of 2