UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK        12 CV 5833

---

OVERSEAS PRIVATE INVESTMENT CORPORATION

Plaintiff,

-v-

PETER EUGENE GERWE

Defendant.

Case No. _____

**Rule 7.1 Statement**

RECEIVED JUL 3 1 2012 U.S.D.C. S.D.N.Y. CASHIERS

---

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

__Plaintiff_____ (a ~~private non-~~governmental party) certifies ~~that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.~~

that the said Plaintiff, Overseas Private Investment Corporation, is an agency of the United States government.

**Date:** July 27, 2012

_Signature of Attorney_

**Attorney Bar Code:** LT7471

Form Rule7_1.pdf  SDNY Web 10/2007