# ANDERSON KILL & OLICK, P.C.

# MEMO ENDORSED

Attorneys and Counsellors at Law

1251 AVENUE OF THE AMERICAS■ NEW YORK, NY 10020
TELEPHONE: 212-278-1000 ■ FAX: 212-278-1733
www.andersonkill.com

Adam J. Rader, Esq.
Arader@andersonkill.com
212-278-1016

*By E-Mail*

Hon. Ronnie Abrams
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 620
New York, NY 10007
Abrams_NYSDChambers@nysd.uscourts.gov

```
July 18, 2013
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/13
```

Re:   Overseas Private Investment Corporation v. Peter Eugene Gerwe -
      Docket No. 12-CV-5833

Dear Judge Abrams:

We represent Defendant, Peter Eugene Gerwe, in the above-referenced matter.

We are writing to request that the Court adjust the current briefing schedule for Plaintiff's Motion For Summary Judgment which was electronically filed on April 22, 2013. After Plaintiff's Motion was filed a briefing schedule was set by the Court during a telephone conference held on May 9, 2013, pursuant to which Defendant's Opposition Papers were to be due on June 28, 2013.

On June 18, 2013, the parties jointly requested an adjustment to the briefing schedule in view of ongoing mediation and settlement negotiations. Pursuant to that request, the Court set July 30, 2013 as the deadline for Defendant's Opposition Papers. In the interim, mediation has been terminated and the Plaintiff has elected to proceed with its motion.

Michael A. Lacher, Esq., Defendant's lead counsel in this matter, is unavailable over the next several weeks due to a medical emergency in his family. His sister has had severe spinal surgery and has been hospitalized for over a month. Her situation has taken a turn for the worse and Mr. Lacher must travel to Arizona, where she is hospitalized, to make urgent medical decisions.

Due to these unfortunate circumstances, Plaintiff and its counsel, Linda Taverni, Esq., have graciously consented to extend the deadline for Defendant's Opposition Papers to August 23, 2013.

New York, NY ■ Newark, NJ ■ Philadelphia, PA ■ Stamford, CT ■ Ventura, CA ■ Washington, DC
nydocs1-1016222.2

**Anderson Kill & Olick, P.C.**

Accordingly, we respectfully request that the current briefing schedule be amended as follows:

**Defendant's Opposition Papers:**       **Friday, August 23, 2013 (previously Tuesday, July 30, 2013)**

**Plaintiff's Reply Papers:**       **Tuesday September 24, 2013 (previously Tuesday, August 20, 2013)**

**Oral Argument:**       **A mutually convenient date to be scheduled by the Court**

Based on the foregoing, we respectfully request that Your Honor "So Order" this letter to confirm the Court's approval of the proposed briefing schedule requested herein.

Respectfully submitted,
Anderson Kill & Olick, P.C.

By: _____
Adam J. Rader (AR-3530)

SO ORDERED:

_____
Hon. Ronnie Abrams, U.S.D.J.
7/19/13
cc: Linda T. Taverni  Esq. (Tavernis@hotmail.com)