UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------

Overseas Private Investment Corporation,

        Plaintiff,

    -against-

Peter Eugene Gerwe

        Defendant.
-------------------------------------------------

Case No. 12cv5833 (RA)

NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending        [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

                    Adam J. Rader
                FILL IN ATTORNEY NAME

My SDNY Bar Number is: AR3530     My State Bar Number is 2493120

I am,

    [✓] An attorney
    [ ] A Government Agency attorney
    [ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Anderson Kill & Olick, P.C.
               FIRM ADDRESS: 1251 Avenue of the Americas
               FIRM TELEPHONE NUMBER: 212-278-1000
               FIRM FAX NUMBER: 212-278-1733

NEW FIRM:    FIRM NAME: Eaton & Van Winkle LLP
               FIRM ADDRESS: 3 Park Avenue
               FIRM TELEPHONE NUMBER: 212-779-9110
               FIRM FAX NUMBER: 212-779-9928

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: August 12, 2013

                                                ATTORNEY'S SIGNATURE