UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------
Overseas Private Investment
Corporation,                    Plaintiff,

-against-

Peter Eugene Gerwe,             Defendant.
-------------------------------------------------------

Case No. 12cv5833(RA)

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending          [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

Michael A. Lacher
FILL IN ATTORNEY NAME

My SDNY Bar Number is: ML8229          My State Bar Number is 1628320

I am,
[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Anderson Kill & Olick, P.C.
             FIRM ADDRESS: 1251 Avenue of the Americas
             FIRM TELEPHONE NUMBER: 212-278-1000
             FIRM FAX NUMBER: 212-278-1733

NEW FIRM:    FIRM NAME: Eaton & Van Winkle LLP
             FIRM ADDRESS: 3 Park Avenue
             FIRM TELEPHONE NUMBER: 212-779-9910
             FIRM FAX NUMBER: 212-779-9928

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge _____.

Dated: August 12, 2013

_____
ATTORNEY'S SIGNATURE